**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**TOMAS PASCUAL TOMAS,**

Petitioner,

v.

**CHRISTOPHER CHESTNUT, et al.,**

Respondents.

**Case No.: 1:26-cv-05204-TLN-CKD**

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Petitioner's Unopposed Motion for a Fourteen-Day Extension of Time having been considered, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

Petitioner shall file his Amended Petition for Writ of Habeas Corpus and/or Motion for Temporary Restraining Order on or before **August 19, 2026**.

IT IS SO ORDERED.

Dated: August 4, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE